UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

LUIS MARTINEZ JIMENEZ,

        Petitioner,

v.

KRISTI NOEM et al.,

        Respondents.
_____/

Case No. 1:26-cv-633

Honorable Jane M. Beckering

**ORDER TO COMPLY**

On February 27, 2026, the Court issued an Order to Show Cause (ECF No. 4) ordering Respondents to "file the transcripts or, if transcripts are not available, a recording of the bond hearing before the Immigration Judge." (ECF No. 4, PageID.24, ¶4.) On March 4, 2026, Respondents filed their response in opposition (ECF No. 5) but did not file the transcript or recording of the bond hearing. Respondents shall, on or before the third business day after entry of this Order, file transcripts or, if transcripts are not available, a recording of the bond hearing before the Immigration Judge that is the subject of this action.

**IT IS SO ORDERED**.

Dated: March 13, 2026

/s/ Jane M. Beckering
Jane M. Beckering
United States District Judge